■ In the Matter of the STATE OF WASHINGTON against ROBERT E. HARVEY. — Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before March 8, 1960 with notice of argument for March 15, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before March 11, 1960. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.

■ In the Matter of DOROTHY H. HEILBRONNER, Deceased. PAUL R. HADLEY et al.; DANIEL C. KNICKERBOOKER, JR., as Executor.— Motion to dismiss appeal from order of November 24, 1959, denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of DOROTHY H. HEILBRONNER, Deceased. PAUL R. HADLEY et al.; DANIEL C. KNICKERBOCKER, JR., as Executor.— Motion to dismiss appeal from decree of November 10, 1959, denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of DOROTHY H. HEILBRONNER, Deceased. PAUL R. HADLEY et al.; DANIEL C. KNICKERBOOKER, JR., as Executor.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon the original record, without printing the same, but upon printed appellants' points; the original record and appellants' printed points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ STEVE WEIDMAN et al. v. DAVID N. KLOT.— Motion granted insofar as to permit the cross appeal to be heard on the original record filed by the defendant-appellant-respondent to which there shall be added the original cross notice of appeal filed by the plaintiffs-respondents-appellants, and upon typewritten or mimeographed points, on condition that the plaintiffs-respondents-appellants serve one copy of the typewritten or mimeographed points as a cross appellant and as respondent upon the attorney for the defendant-appellant-respondent and file 6 typewritten or 19 mimeographed copies thereof, with this court on or before March 20, 1960, the said cross appeal to be heard at the April 1960 Term of this court at the same time as the appeal taken by defendant-appellant-respondent from the same judgment. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of the Estate of DARWIN R. JAMES, JR., Deceased. HOWARD S. TIERNEY; TIERNEY CORP.— Motion to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 23, 1960, with notice of argument for April 12, 1960, said appeal to be argued or submitted when reached. Concur—Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSE I. MARTIN.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court. Anthony F. Marra, Esq., of 100 Centre Street, New York 13, N. Y., is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.